**James G. Collins, appellee, v. Renie B. Moreland, administratrix of the estate of H. D. Moreland, deceased, appellant. Gen. No. 30,646.**

Action under Blue Sky Law to recover purchase price of securities. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John F. Haas, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1925. Affirmed. Opinion filed June 14, 1926.

Beckman, Olson & Hough, for appellant. Elmer J. Schnackenberg, for appellee.

Mr. Justice Johnston delivered the opinion of the court.

---

**John P. Mellis, appellee, v. Yellow Cab Company, appellant. Gen. No. 30,665.**

Action for damage to automobile in collision. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Samuel H. Trude, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1925. Affirmed. Opinion filed June 14, 1926.

McGreaham, Blake & Sharp, for appellant; James R. Hanrahan and Edward Wolfe, of counsel. William L. Hart, for appellee; William L. Hart and Joseph P. Brodie, of counsel.

Mr. Justice Johnston delivered the opinion of the court.

---

**Charles Miller and Harrison & Reidy, appellees, v. Samuel Bright, appellant. Gen. No. 30,680.**

Action to recover commissions for procuring purchaser for real estate. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Samuel H. Trude, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1925. Affirmed. Opinion filed June 14, 1926.

Clarence W. Shaeffer, for appellant. Edwin Terwilliger, Jr., for appellees.

Mr. Justice Johnston delivered the opinion of the court.

---

**Irma Fay Vannier, appellant, v. Raoul Vannier, appellee. Gen. No. 30,697.**

Bill for divorce. Dismissed for want of jurisdiction. Appeal from the Superior Court of Cook county; the Hon. Harry A. Lewis, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1925. Reversed and remanded. Opinion filed June 14, 1926.

Leslie H. Whipp, for appellant. Raoul Vannier, for appellee.

Mr. Justice Johnston delivered the opinion of the court.